# Third District Court of Appeal

## State of Florida

Opinion filed January 29, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1544
Lower Tribunal No. F91-30032B
_____

**Latrice A. Jones,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Latrice A. Jones, in proper person.

John Guard, Acting Attorney General, and Haccord J. Curry, Assistant Attorney General, for appellee.

Before LINDSEY, MILLER, and GOODEN, JJ.

PER CURIAM.

Affirmed. See Beatrice v. State, 832 So. 2d 972, 973 (Fla. 4th DCA 2003) ("Our youthful offender statute provides that no one who has been found guilty of a life felony can be sentenced as a youthful offender. § 958.04(1)(c). Because appellant was found guilty of a life felony the youthful offender statute is not applicable."); see also Jackson v. State, 191 So. 3d 423 (Fla. 2016).